IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40551
Conference Calendar

_____


EDWARD ALLEN DAVIS,

                                        Plaintiff-Appellant,


versus

WAYNE SCOTT, DIRECTOR, TEXAS DEPARTMENT
OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION,

                                        Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:96-CV-150
- - - - - - - - - -
August 22, 1996
Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:*

     Edward Allen Davis, # 369112, an inmate of the Texas

Department of Criminal Justice (TDCJ), appeals the dismissal of

his civil rights complaint.  Davis's sole argument on appeal is

that the defendant failed to show a governmental interest in

restricting him from receiving sexually explicit magazines he

ordered.  We have reviewed the record and Davis's brief and

_____

     * Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

AFFIRM the dismissal for essentially the same reasons set forth by the district court.  <u>Davis v. Scott</u>, No. 6:96cv150 (E.D. Tex. May 30, 1996).  The motion to produce evidence is DENIED.

AFFIRMED.